LEE (PATONS v.). See Case No. 10,800

## Case No. 8,198.

### LEE v. PATTERSON.

[2 Cranch, C. C. 199.] [1]

Circuit Court, District of Columbia. April Term, 1820.

CLERK OF COURT—ATTACHMENT FOR FEES.

The clerk of this court may have an attachment for the non-payment of his fees.

[See In re Atlantic Mut. Life Ins. Co., Case No. 629.]

Mr. [E. J.] Lee, the clerk of this court, had obtained a rule on James D. Patterson, to show cause why an attachment of contempt should not issue against him for not paying fees due to the clerk. The rule having been served, and Mr. Patterson not having appeared, the rule was made absolute; Mr. Lee having made affidavit that he believed he was able to pay.

Mr. Taylor, for plaintiff, cited Cadwell v. Jackson, 7 Cranch [11 U. S.] 276, and 13 Vin. Abr. 153.

[1] [Reported by Hon. William Cranch, Chief Judge.]